BEFORE THE THIRD DIVISION, DECEMBER 11, 1946

**No. 51468.**—Protests 28842–K/11764, etc., of William J. Oberle, Inc., et al. (New Orleans, etc.).

Opinion by CLINE, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.